JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK YOUSEF,<br><br>　　　Plaintiff,<br><br>　v.<br><br>CAREGARD WARRANTY SERVICES, INC.; MOTOREFI, INC.; and DOES 1 to 25, INCLUSVE<br><br>　　　Defendants. | Case No.: 2:22-cv-03673-KES<br><br>[~~PROPOSED~~] ORDER APPROVING STIPULATION TO DISMISS ACTION WITH PREJUDICE<br><br>[No Hearing Required] |

Having considered the *Stipulation to Dismiss Action With Prejudice* (the "Stipulation") entered into by and between *plaintiff* Mark Yousef, *defendant* Caribou Financial, Inc. f/k/a MotoRefi, Inc., and *defendant* CareGard Warranty Services, Inc., and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that this action is hereby dismissed *with prejudice*.

**IT IS SO ORDERED**.

Dated: October 18, 2022

_____
HON. KAREN E. SCOTT
UNITED STATES DISTRICT JUDGE